# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:11 CV 138

| | |
|---|---|
| BRICA, INC., and 6134548 CANADA, INC., ) ) ) Plaintiffs ) ) V ) ) MONAHAN PRODUCTS, LLC, ) ) Defendant ) | **ORDER** |

**THIS MATTER** is before the court on J. Mark Wilson's Application for Admission to Practice *Pro Hac Vice* of Craig R. Smith. It appearing that Craig R. Smith is a member in good standing with the Massachusetts Bar and will be appearing with J. Mark Wilson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that J. Mark Wilson's Application for Admission to Practice *Pro Hac Vice* (#7) of Craig R. Smith is **GRANTED**, and that Craig R. Smith is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with J. Mark Wilson.

Signed: October 3, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge