# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv138

| | |
|---|---|
| **BRICA, INC.** and **6134548 CANADA, INC.**, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )    **O R D E R**<br>) |
| **MONAHAN PRODUCTS, LLC,** | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney Nathan T. Harris as counsel *pro hac vice*. [Doc. 24].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 24] is **ALLOWED**, and Nathan T. Harris is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: January 3, 2012

Martin Reidinger
United States District Judge